1  SEAN P. NALTY (SBN 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Defendant
   BERKSHIRE LIFE INSURANCE COMPANY
6  OF AMERICA and THE GUARDIAN LIFE
   INSURANCE COMPANY OF AMERICA

FILED
02 JUL 30 PM 3: 08
[RICHARD W. WIEKING]
[CLERK, U.S. DISTRICT COURT]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA    **PVT**

SAN JOSE BRANCH

**CV 08     3653**

| | |
|---|---|
| DR. JOEL DREXEL, | Case No.: |
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| vs. | |
| BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA; THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, DOES I THROUGH V, INCLUSIVE, AND ROE CORPORATIONS I THROUGH V, INCLUSIVE, | |
| Defendants. | |

The undersigned counsel of record for defendant BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA certifies that the entities described below have a direct, pecuniary interest in the outcome of this matter:

Effective July 1, 2001, Berkshire and its subsidiaries, Berkshire Equity Sales, Inc., and Berkshire Management and Research Corporation merged into The Guardian Life Insurance Company of America.

---

1
Notice of Interested Parties
Case No.:

366645.1

1   The Guardian is a New York Mutual Insurance Company that is incorporated in the State of New York and which maintains its principal place of business at 7 Hanover Square, New York, New York. The Guardian has thirteen affiliated and/or subsidiary companies as follows: First Commonweath, Inc.; Guardian Asset Management Corporation; The Guardian Insurance and Annuity Company, Inc.; Guardian Investor Services Corporation; Guardian Reinsurance Services Corporation; the Guardian Trust Company, FSB; Innovative Underwriters, Inc.; Managed Dental Care of California, LLC; Managed DentalGuard of Texas, Inc.; Park Avenue Life Insurance Company; Park Avenue Securities, LLC; Guardian Baille Gifford Limited; Berkshire Life Insurance Company of America and RS Investments.

Dated: July 29, 2008     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
SEAN P. NALTY
Attorneys for Defendant
BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA