# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DR. JOEL DREXEL

Plaintiff(s),

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA; THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

Defendant(s).

No. C v 08 3653

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Aug. 12, 2008

Signature: Sean P Nalty

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")