IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joel Drexel, | NO. C 08-03653 JW |
| Plaintiff,<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Berkshire Life Insurance Company of America, et al., | |
| Defendants. | |

This case was scheduled for a Case Management Conference on November 3, 2008. (See Docket Item No. 6.) Pursuant to the Civil Local Rules and the Court's Order, the parties have failed to file a Joint Case Management Statement which was due on October 24, 2008. (Id.)

In light of the parties' failure to file a Joint Statement, the Court continues the November 3, 2008 conference to **November 24, 2008 at 10:00 a.m.** On or before **November 14, 2008**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

Dated: October 29, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Reza Athari rezaathari@atharilaw.com
Sean Patrick Nalty sean.nalty@wilsonelser.com

**Dated:  October 29, 2008**                                    **Richard W. Wieking, Clerk**


                                                                **By:      /s/ JW Chambers                **
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**