GARY S. ROSE (#83744)
CHARLES B. PERKINS (#126942)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
gsroselaw@hotmail.com
cbperk@earthlink.net

Attorneys for DR. JOEL DREXEL

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JOEL DREXEL,<br><br>Plaintiff,<br><br>vs.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA; THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, DOES I THROUGH V, INCLUSIVE, AND ROE CORPORATIONS I THROUGH V, INCLUSIVE,<br><br>Defendants. | Case No. CV08 3653 JW<br><br>STIPULATION TO CONTINUE MEDIATION DEADLINE, CLOSE OF DISCOVERY, LAST DAY FOR HEARING DISPOSITIVE MOTIONS, PRELIMINARY PRE-TRIAL CONFERENCE and [PROPOSED] ORDER |

The parties hereto, by their attorneys of record, hereby stipulate as follows:

WHEREAS, this case arises out of Defendants' denial of Plaintiff's claim for long-term disability benefits;

WHEREAS Plaintiff JOEL DREXEL has previously been represented by his father-in-law, Reza Athari, an immigration law specialist;

WHEREAS, on April 7, 2009, Plaintiff JOEL DREXEL filed papers to substitute Gary S. Rose and Charles B. Perkins of Flynn, Rose & Perkins, A Professional Association, whose practice emphasizes insurance disputes and disability benefit litigation, as his counsel of record;

WHEREAS, this case is currently subject to the following schedule:

Deadline to complete mediation, May 6, 2009

Close of all discovery, August 3, 2009
Last day for hearing of dispositive motions, October 5, 2009
Preliminary Pre-Trial Conference, June 29, 2009

WHEREAS, the current schedule will require the attorneys for the parties to spend substantial time and incur significant costs in the short term;

WHEREAS, Plaintiff's new counsel and Defendant's counsel have met and conferred and agreed that the parties are more likely to have a successful mediation, thereby avoiding potentially unnecessary costs and use of court time, if the current deadlines are continued for approximately 120 days;

NOW, THEREFORE, the parties to this matter, by and through their attorneys of record, hereby stipulate to continuance of the pending deadlines in this matter and request the court to enter an order in accord with this stipulation. The new dates proposed by the parties are as follows:

Deadline to complete mediation, September 4, 2009
Close of all discovery, December 2, 2009
Last day for hearing dispositive motions, February 1, 2010
Preliminary Pre-Trial Conference, October 26, 2009

IT IS SO STIPULATED:

DATE: April 10, 2009

FLYNN, ROSE & PERKINS

By [signature]
CHARLES B. PERKINS
Attorney for Joel Drexel

DATE: April 10, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DECKER, LLP

By [signature]
SEAN P. NALTY
Attorney for Berkshire Life Ins. Co. of America and The Guardian Life Ins. Co. of America

**[PROPOSED] ORDER**

Having considered the Stipulation of the parties requesting the continuance of the mediation deadline, the close of discovery, the last day for dispositive motions, and the preliminary pretrial conference, and, good cause appearing, the court hereby vacates the existing dates and orders the parties to comply with the following schedule:

| | |
|---|---|
| Deadline to Complete Mediation: | **July 6, 2009** |
| Close of All Discovery: | **September 14, 2009** |
| Last Date for hearing of Dispositive Motions: | **November 16, 2009 at 9 a.m.** |
| Preliminary Pre-Trial Conference: | **August 31, 2009 at 11 a.m.** |
| Preliminary Pre-Trial Statement: | **August 21, 2009** |

IT IS SO ORDERED.

DATE: April 28, 2009

THE HONORABLE JAMES WARE
U.S. District Court Judge