CHARLES B. PERKINS  #126942
GARY S. ROSE #83744
SUSAN D. PELMULDER #234731
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
E-Mail: cbperk@earthlink.net, gsroselaw@hotmail.com

Attorneys for Plaintiff
DR. JOEL DREXEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JOEL DREXEL,<br><br>    Plaintiff,<br><br>vs.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA; THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, DOES I THROUGH V, INCLUSIVE, AND ROE CORPORATIONS I THROUGH V, INCLUSIVE,<br><br>    Defendants. | Case No.  C08 3653 JW<br><br>STIPULATION OF THE PARTIES RE: PROPOSED AMENDMENT TO SCHEDULING ORDER; PROPOSED ORDER |

  Plaintiff Joel Drexel, through his counsel of record Gary S. Rose, and Defendants Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America, through their counsel of record Sean P. Nalty, hereby submit the following stipulation, in which the parties respectfully request that the court modify its scheduling order to extend the deadline for the disclosure and filing of expert witness reports from the current date of August 3, 2009, to August 17, 2009, for the reasons discussed below:

  1. Plaintiff's current counsel substituted into this case on April 16, 2009, and have diligently worked with defense counsel to develop the issues on a fact and document intensive

case, involving a disputed claim for long-term disability benefits.

2. A number of experts will likely be required in this case, including experts on insurance claims practices, vocational rehabilitation, physician testimony on issues of injury and disability, and potentially other experts.

3. The parties are currently set for mediation with retired Judge Edward Infante on July 23, 2009. Given the current expert disclosure date of August 3, 2009, the parties are in the position of being forced to incur significant expert witness preparation fees, given the size of the claim file and the medical issues involved, before the mediation takes place.

4. The parties have conferred, and agreed that it would be preferable to preserve these resources for settlement, rather than spend them on expert witness preparation.

5. Therefore, in an effort to put the parties in the best posture to settle, they respectfully request that the court modify its April 28, 2009 scheduling order to permit the disclosure and filing of expert witness reports on August 17, 2009, in lieu of the current date of August 3, 2009.

In all other respects, the parties stipulate and agree that the scheduling order shall remain unchanged.

DATED: July 14, 2009    By    /s/
                              GARY S. ROSE
                              Attorneys for Plaintiff
                              DR. JOEL DREXEL

DATED: July 14, 2009    By    /s/
                              SEAN P. NALTY
                              Attorney for Defendants
                              BERSHIRE LIFE INSURANCE
                              COMPANY OF AMERICA and THE
                              GUARDIAN LIFE INSURANCE
                              COMPANY OF AMERICA

1

## ~~PROPOSED~~ ORDER

2   Based on the stipulation stated above, and good cause appearing, the court hereby orders
3   that the April 28, 2009 scheduling order shall be modified to permit the disclosure of expert
4   witnesses on August 17, 2009. In all other respects, the scheduling order remains unchanged.

5

DATED: July 20, 2009

6

*/s/ James Ware*
HONORABLE JAMES WARE
DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28