1  CHARLES B. PERKINS #126942
   GARY S. ROSE #83744
2  FLYNN, ROSE & PERKINS
   59 North Santa Cruz Avenue, Suite Q
3  Los Gatos, California 95030
   (408) 399-4566
4  Email: cbperk@earthlink.net

5  Attorney for Plaintiff
   JOEL DREXEL

6

7

8

9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

13  DR. JOEL DREXEL,                      )   Case No.  C08 3653 JW
                                          )
14                     Plaintiff,         )   **STIPULATION AND (PROPOSED) ORDER
                                          )   RE DISMISSAL OF ENTIRE ACTION
15  vs.                                   )   WITH PREJUDICE**
                                          )
16  BERKSHIRE LIFE INSURANCE              )
    COMPANY OF AMERICA; THE               )
17  GUARDIAN LIFE INSURANCE               )
    COMPANY OF AMERICA, DOES I            )
18  THROUGH V, INCLUSIVE, AND ROE         )
    CORPORATIONS I THROUGH V,             )
19  INCLUSIVE,                            )
    ,
20                     Defendants.

21
    _____)
22
         IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff, Dr.
23
    Joel Drexel and Defendants, Berkshire Life Insurance Company of America and The Guardian
24
    Life Insurance Company of America, by and through their respective attorneys of record, that
25
    //
26
    //
27

28

STIPULATION AND PROPOSED ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
Case No. C08 3653 JW

this entire action shall be dismissed with prejudice, each party to bear his or its own attorney's

fees and costs.

DATE: <u>August 19, 2009</u>                    FLYNN, ROSE & PERKINS

By _____
   CHARLES B. PERKINS
   Attorney for Plaintiff
   DR. JOEL DREXEL


DATE: <u>August 19, 2009</u>                    WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER, LLP


By _____/s/ Sean P. Nalty_____
   SEAN P. NALTY
   Attorney for Defendants
   Berkshire Life Insurance Company of
   America and The Guardian Life
   Insurance Company of America


<u>ORDER</u>

     Having reviewed the stipulation of the parties and good cause appearing,

     IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to

bear his or its own attorney's fees and costs.

     IT IS SO ORDERED.
The Court terminates any remaining pending deadlines, hearings and motions. The Clerk shall close
this file.

DATE: ____August 21___, 2009

                                                _____
                                                HONORABLE JAMES WARE
                                                DISTRICT COURT JUDGE

STIPULATION AND PROPOSED ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
Case No. C08 3653 JW